■ In the Matter of ROLAND CODY, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [40 NYS3d 301]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent placing petitioner in involuntary protective custody.

Petitioner commenced this CPLR article 78 proceeding challenging a determination placing him in involuntary protective custody. The Attorney General has advised this Court that the determination has been administratively reversed and all references thereto have been expunged from petitioner's institutional record. Given that petitioner has received all the relief to which he is entitled, the petition is dismissed as moot (*see e.g. Matter of Chao v Hollingshead*, 141 AD3d 1072, 1072 [2016]; *Matter of Houston v Annucci*, 141 AD3d 996, 996 [2016]).

Lynch, J.P., Devine, Clark, Mulvey and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $50.